IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher

Civil Action No. 26-cv-01760-GPG

RENY JESUS RIERA PAEZ,
(A-244-804-908)

       Petitioner;

v.

JUAN BALTAZAR, in his official capacity as
Warden of the Denver Contract Detention Facility;
GEORGE VALDEZ, in his official capacity as Field Office Director,
Denver Field Office of U.S. Immigration and Customs Enforcement;
DAVID VENTURELLA, in his official capacity as Acting Director of
U.S. Immigration and Customs Enforcement;
JOSEPH EDLOW, in his official capacity as Director of
U.S. Citizenship and Immigration Services;
MARKWAYNE MULLIN; in his official capacity as Secretary of the
U.S. Department of Homeland Security; and
TODD BLANCHE, in his official capacity as Acting
Attorney General of the United States;

       Defendants.

---

**ORDER DISSOLVING TEMPORARY RESTRAINING ORDER**

---

After consideration of the parties' Joint Motion to Dissolve the Temporary Restraining Order (TRO) entered on April 27, 2026, and it appearing that continued enforcement of the TRO is no longer necessary, the Court GRANTS the parties' Joint Motion and finds as follows:

1.      The TRO was intended as a short-term measure to preserve the status quo pending further proceedings;

1

2.      The parties agree that dissolving the TRO will not prejudice any party and will promote efficient resolution of the case;

3.      All other issues in this case will be moot once Petitioner is removed, and he appears not to challenge his removal.

IT IS HEREBY ORDERED that the Temporary Restraining Order entered by this Court on April 27, 2026, is DISSOLVED.

IT IS FURTHER ORDERED that the Clerk of the Court shall close this case.


DATED June 11, 2026.


BY THE COURT:


Gordon P. Gallagher

United States District Judge


2