**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01760-GPG

RENY JESUS RIERA PAEZ,
(A-244-804-908)

        Petitioner,

v.

JUAN BALTAZAR,
  *in his official capacity as Warden of the Denver Contract Detention Facility*
GEORGE VALDEZ,
  *in his official capacity as Field Office Director, Denver Field Office of U.S. Immigration and Customs Enforcement,*
MARKWAYNE MULLIN,
  *in his official capacity as Secretary of U.S. Department of Homeland Security*,
DAVID VENTURELLA,
  *in his official capacity as Acting Director of Immigration and Customs Enforcement, and*
TODD BLANCHE,
  *in his official capacity as Acting Attorney General of the United States Department of Justice,*
JOSEPH EDLOW,
  *in his official capacity as Director of U.S. Citizenship and Immigration Services*

        Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 19] entered by United States District Judge Gordon P. Gallagher on June 11, 2026, and supplemented by the Joint Motion for Order to Dissolve Temporary Restraining Order [D. 18] filed by Petitioner, it is

ORDERED that Defendants complied with Order [D. 6] and the Court was updated that Petitioner was ordered to be removed. It is

FURTHER ORDERED that the Joint Motion for Order to Dissolve Temporary Restraining order [D. 18] is GRANTED. It is

FURTHER ORDERED that the Temporary Restraining Ordered entered by this Court on April 27, 2026, is DISSOLVED. It is

FURTHER ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 11th day of June 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk
By:     s/D. Clement
        Deputy Clerk